IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONI PINKERTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV158 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNUM GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a conference with counsel on September 27, 2012. Mandy L. Strigenz represented the plaintiff and Steven D. Davidson represented the defendant. During the discussion counsel stated their belief the case may be resolved by cross motions for summary judgment. Accordingly,

**IT IS ORDERED:**

1. The plaintiff shall have to **on or before October 11, 2012**, to file an amended complaint to rename the defendant. The defendant shall have to **on or before November 1, 2012**, to file an answer to the amended complaint, otherwise the court will deem the May 21, 2012, Answer to be the defendant's answer to the amended complaint.

2. The defendant shall file its motion for summary judgment **on or before November 20, 2012**.

3. The plaintiff shall have to **on or before December 17, 2012**, to file a response to any motion for summary judgment previously filed and to file a motion for summary judgment.

4. The defendant may file a reply in support of its own summary judgment motion and a response to the plaintiff's summary judgment motion **on or before January 11, 2013**.

5. Within **fourteen days** following the court's ruling on the parties' cross motions for summary judgment, the plaintiff shall arrange a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling the matter to conclusion.

DATED this 27th day of September, 2012.

BY THE COURT:
s/ Thomas D. Thalken
United States Magistrate Judge