IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONI PINKERTON, ) | Case No. 8:12cv158 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court upon the Stipulation and Motion to Dismiss With Prejudice. The Court, being fully advised, finds that an Order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the above matter is hereby dismissed with prejudice, with each party to pay their own costs and attorney fees.

Dated this 21st day of November, 2012.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Court Judge